**COOLEY LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Cathy Hershcopf
Paul J. Springer
Amanda L. Lindner

*Counsel to the Litigation Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| FUSION TELECOM, LLC,[1] | : | Case No. 19-11824 (DSJ) |
| Reorganized Debtor. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the Southern District of New York (the "Court") has scheduled a status conference (the "Status Conference") in the above-captioned proceeding to be conducted on **April 14, 2026 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable David S. Jones, United States Bankruptcy Judge.

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number is (0824). The Reorganized Debtor's corporate headquarters and service address is 210 Interstate North Parkway, Suite 200, Atlanta, Georgia 30339. The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of June 25, 2021: Fusion Connect, Inc. (2021); Fusion BCHI Acquisition LLC (7402); Fusion NBS Acquisition Corp. (4332); Fusion LLC (0994); Fusion MPHC Holding Corporation (3066); Fusion MPHC Group, Inc. (1529); Fusion Cloud Company LLC (5568); Fusion Cloud Services, LLC (3012); Fusion CB Holdings, Inc. (6526); Fusion Communications, LLC (8337); Fusion Texas Holdings, Inc. (2636); Fusion Telecom of Kansas, LLC (0075); Fusion Telecom of Oklahoma, LLC (3260); Fusion Telecom of Missouri, LLC (5329); Fusion Telecom of Texas Ltd., L.L.P. (8531); Bircan Holdings, LLC (2819); and Fusion Management Services LLC (5597). The chapter 11 case of Fusion PM Holdings, Inc. was closed effective June 8, 2022, and the chapter 11 case of the Reorganized Debtor was reopened effective June 8, 2022. Commencing on June 8, 2022, all motions, notices, and other pleadings relating to any of the Reorganized Debtors shall be filed in Case No. 19-11824 (DSJ).

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be conducted telephonically via Zoom for Government.  Parties wishing to participate via a "live" or "listen only" line must make an electronic appearance through the "eCourtAppearances" tab on the Court's website:  http://www.nysb.uscourts.gov/ecourt-appearances, no later than 4:00 p.m. (prevailing Eastern Time) one (1) business day before the Status Conference (the "Appearance Deadline").  Following the Appearance Deadline, the Court will circulate by e-mail the Zoom link to those parties who have made an electronic appearance.

Dated: August 19, 2025
      New York, New York

*/s/ Paul J. Springer*
Cathy Hershcopf
Paul J. Springer
Amanda L. Lindner
**COOLEY LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email:  chershcopf@cooley.com
        pspringer@cooley.com
        alindner@cooley.com

*Counsel to the Litigation Trustee*